79

PER CURIAM.

(No. 6846 )

JOAN COCHRANE, Claimant, *vs*. STATE OF ILLINOIS, DEPARTMENT OF LABOR, Respondent.

*Opinion filed October 10, 1972.*

KLEIMAN, CORNFIELD & FELDMAN, Attorney for Claimant.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 6881 )

HOWARD JOHNSON'S MOTOR LODGE SOUTHEAST, Claimant, *vs*. STATE OF ILLINOIS, DEPARTMENT OF BUSINESS AND ECONOMIC DEVELOPMENT, Respondent.

*Opinion filed October 10, 1972.*

HOWARD JOHNSON'S MOTOR LODGE SOUTHEAST, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PERLIN, C.J.